## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nationstar Mortgage, LLC,<br><br>    Plaintiff<br><br>v.<br><br>Equity Trust Company Custodian FBO Z130255, et al.,<br><br>    Defendants<br>_____<br><br>RELATED CLAIMS AND ACTIONS | 2:15-cv-01744-JAD-GWF<br><br>**Order Certifying to Nevada Attorney General that the Constitutionality of a State Statute Has Been Called into Question** |

When a party in a federal action has filed "a pleading, written motion, or other paper drawing into question the constitutionality of a . . . state statute," Federal Rule of Civil Procedure 5.1(b) requires the court to certify under 28 U.S.C. § 2403 to the state attorney general that a statute has been questioned. The attorney general then has 60 days under FRAP 5.1(c) to seek to intervene in the action.

I hereby certify that, in the above-captioned case, Nationstar Mortgage, LLC has filed a motion challenging the constitutionality of NRS Chapter 116. The Attorney General for the State of Nevada has 60 days to intervene in this action if it so desires.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to mail a copy of this order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at these addresses:

Hon. Adam Paul Laxalt  
Office of the Attorney General  
100 North Carson Street  
Carson City, Nevada  89701

Hon. Adam Paul Laxalt  
Office of the Attorney General  
Grant Sawyer Building  
555 E. Washington Ave., Ste 3900  
Las Vegas, Nevada  89101

Dated:  June 2, 2016

_____  
Jennifer A. Dorsey  
United States District Judge