WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a Delaware Company | Case No.: 2:15-cv-01744-JAD-GWF |
| Plaintiff, <br> vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS REPLY IN SUPPORT OF THE SECOND MOTION FOR SUMMARY JUDGMENT (ECF NO. 39)** |
| EQUITY TRUST COMPANY CUSTODIAN FBO Z130255, an Ohio Company; ASHWIN PATEL, an Individual | **(First Request)** |
| Defendants. | ECF No. 60 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Z130255, an Ohio Company; ASHWIN PATEL, an Individual | |
| Counter-Claimants, <br> vs. | |
| NATIONSTAR MORTGAGE, LLC, a Delaware Company | |
| Counter-Defendant. | |
| EQUITY TRUST COMPANY CUSTODIAN FBO Z130255, an Ohio Company; ASHWIN PATEL, an Individual | |
| Third-Party Plaintiffs, <br> vs. | |
| VIRGILIA MUNOZ; and FRANK ORNELAS | |

Third-Party Defendants,

Plaintiff/Counter-Defendant, Nationstar Mortgage, LLC (hereinafter "Plaintiff"), and Defendant/Counter-Claimants/Third-Party Plaintiffs, Equity Trust Company Custodian FBO Z130255 and Ashwin Patel (hereinafter "Buyers"), by and through their attorneys of record, stipulate as follows:

1.      The Parties agree to extend the deadline for Plaintiff to file its Reply in Support of Second Motion for Summary Judgment (ECF No. 39) to June 30, 2016. The original Deadline for plaintiff to file the Reply in Support of the Second Motion for Summary Judgement is June 23, 2016.

2.      This extension is requested due to Plaintiff's counsel mother having a medical procedure in California during this deadline to file a Reply Brief in Support of the Second Motion for Summary Judgment.

This is the parties' third request for extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

DATED this ___ day of June, 2016.            DATED this ___ day of June, 2016.

WRIGHT, FINLAY & ZAK, LLP                     THE WRIGHT LAW GROUP, P.C.

/s/Chelsea A. Crowton, Esq.                   John Henry Wright, Esq.
Chelsea A. Crowton, Esq.                      John Henry Wright, Esq.
Nevada Bar No. 11547                          Nevada Bar No. 6182
7785 W. Sahara Avenue, Suite 200             2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89117                           Las Vegas, NV 89102
*Attorneys for Plaintiff/Counter-Defendant,*  *Attorney for Defendant/Counter-*
*Nationstar Mortgage, LLC*                     *Claimants/Third-Party Plaintiffs, Equity Trust*
                                              *Company Custodian FBO Z130255 and Ashwin*
                                              *Patel*

### ORDER

Based on the parties' stipulation and good cause appearing, **the stipulation [60] is GRANTED.** The plaintiff has until June 30, 2016, to file a reply in support of the second motion for summary judgment [39].

_____

Jennifer Dorsey, U.S. District Judge  6/22/16