# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Nationstar Mortgage, LLC, | Case No.: 2:15-cv-01744-JAD-GWF |
| Plaintiff | |
| v. | **Order Lifting Stay** |
| Equity Trust Company Custodian FBO Z130255, et al., | [ECF No. 66] |
| Defendants | |
| ALL OTHER PARTIES AND CLAIMS | |

Good cause appearing, IT IS HEREBY ORDERED that the motion to lift stay **[ECF No. 66] is GRANTED IN PART**, in that **THE STAY IS LIFTED**, but some of the other details and deadlines requested by the motion are denied or revised. Instead, IT IS FURTHER ORDERED that the parties have the following deadlines and obligations to move this case forward:

**Discovery has closed**:

Discovery closed before the stay was entered.[1] Requests to reopen discovery must comply with Local Rule 26-4.

**Dispositive motions:**

Any **dispositive motions must be filed by November 30, 2018**. Before filing or refiling any dispositive motion, the parties must meet and confer as defined by Local Rule IA1-3(f) to discuss in good faith the issues that the parties intend to raise by motion. **A party representative must attend the meet and confer, either in person or by telephone.** Requests

---

[1] *See* ECF No. 25.

to be excused from any aspect of this meet-and-confer requirement will be denied absent extraordinary circumstances.

Any **dispositive motion filed in this case must be accompanied by a declaration** by the movant's counsel that sets forth the details of the meet-and-confer in compliance with LR IA 1-3(f)(2) and certifies that, despite good-faith efforts, the issues raised in the motion could not be resolved. The court may summarily deny any motion that fails to comply with this requirement.

**Proposed Joint Pretrial Order**:

The parties have until **December 7, 2018**, to discuss settlement and prepare and **file their Proposed Joint Pretrial Order** in compliance with LR 16-3(b). The filing of a timely dispositive motion will stay this deadline.

Dated: September 24, 2018

_____
U.S. District Judge Jennifer A. Dorsey