JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Email: john@wrightlawgroupnv.com
chris@wrightlawgroupnv.com
*Attorneys for Defendants*
*EQUITY TRUST COMPANY*
*and ASHWIN PATEL*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a Delaware Company,<br><br>Plaintiff,<br><br>vs.<br><br>EQUITY TRUST COMPANY CUSTODIAN FBO Z130255, an Ohio Company; ASHWIN PATEL, an Individual<br><br>Defendants. | CASE NO: 2:15-CV-01744-JAD-EJY |
| AND ALL RELATED MATTERS | |

## DEFAULT JUDGMENT

Defendants VIRGILIA MUNOZ and FRANK ORNELAS having failed to appear, plead or otherwise defend this action and Default having been entered on October 1, 2019, Defendants VIRGILIA MUNOZ and FRANK ORNELAS, having requested Judgment against the defaulted defendants and having filed a proper motion and affidavit in accordance with Fed. R. Civ. Pro 55(a) and (b) and good cause appearing therefor;

JUDGMENT IS HEREBY ENTERED in favor of Defendants/Counterclaimants, EQUITY

1

TRUST COMPANY and ASHWIN PATEL quieting title to the property located at **3400 Cabana Drive, #2129, Las Vegas, Nevada 89122, APN 161-26-512-253** as follows:

JUDGMENT IS HEREBY ENTERED that as a result of the Foreclosure Sale occurring on November 15, 2013 and the recordation of a Foreclosure Deed pursuant to NRS 116.31164 on November 18, 2013, the interests of Defendants VIRGILIA MUNOZ and FRANK ORNELAS were extinguished by law.

IT IS HEREBY DECREED that title to the property located at **3400 Cabana Drive, #2129, Las Vegas, Nevada 89122, APN 161-26-512-253** is hereby vested in Defendants/Counterclaimants, EQUITY TRUST COMPANY, and ASHWIN PATEL free and clear of all interests of Defendants VIRGILIA MUNOZ and FRANK ORNELAS.

This entry of default judgment resolves all remaining claims in this case. So, with good cause appearing and no reason to delay, IT IS FURTHER ORDERED that the Clerk of Court is directed to ENTER FINAL JUDGMENT in favor of the defendants and CLOSE THIS CASE.

Dated: January 15, 2020.

_____
UNITED STATES DISTRICT JUDGE