# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Nationstar Mortgage, LLC,

               Plaintiff,

v.

Equity Trust Company Custodian FBO Z130255 et al.,

               Defendants.

**DEFAULT**

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01744-JAD-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Equity Trust Company and Ashwin Patel and against Virgilia Munoz and Frank Ornelas quieting title to the property located at 3400 Cabana Drive #2129, Las Vegas, NV 89122, APN 161-26-512-253 as follows:

as a result of the Foreclosure Sale occurring on 11/15/2016 and the recordation of a Foreclosure Deed pursuant to NRS 116.31164 on 11/18/2016, the interests of Defendants Virgilia Munoz and Frank Ornelas were extinguished by law.

| | |
|---|---|
| 1/15/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |